UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GERARD O'LEARY                JURY TRIAL DEMANDED

v.                CASE NO.  3:13CV 13-236 (VLB)

GARY KAVULICH
6555 REALTY LLC

### REQUEST TO CLERK TO ENTER DEFAULT

The Defendants having failed to answer the Complaint; and the time for filing an answer having expired, you are requested to enter a default against said defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

The facts supporting this request appear on the face of the record herein.

THE PLAINTIFF

*Joanne S. Faulkner*

BY_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net

**Certificate of Service**

**I hereby certify that on May 20, 2013, a copy of the within was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.  A copy was also mailed to:**
**Gary Kavulich**
**181 Westchester Av # 500C**
**Port Chester NY 10573**

**6555 Realty LLC**
**Att: Florence Edelstein**
**c/o Edel Family Management Corp.**
**2207 Coney Island Ave**
**Brooklyn NY 11223**

          **____/s/ Joanne S. Faulkner___**
          **JOANNE S. FAULKNER ct04137**
          **123 Avon Street**
          **New Haven, CT 06511-2422**
          **(203) 772-0395**
          **faulknerlawoffice@snet.net**