UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GERARD O'LEARY | : |
| | : |
| V. | : CIVIL NO. 3:13CV236(VLB) |
| | : |
| GARY KAVULICH | : |
| 6555 REALTY LLC | : |

### DEFAULT JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on May 28, 2013; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of plaintiff against defendants Gary Kavulich and 6555 Realty LLC in the total amount of $6,344.96 which includes $1,000 in statutory damages, $2,400 in punitive damages, $2,400 in attorney's fees and $544.96 in costs.

Dated at Hartford, Connecticut, this 20th day of November, 2013.

ROBIN TABORA, Clerk

By  /s/LL
    Loraine LaLone
    Deputy Clerk

EOD: 11/20/2013